```
         ___ FILED          ___ RECEIVED
         ___ ENTERED        ___ SERVED ON
                    COUNSEL/PARTIES OF RECORD

              DEC 0 6 2022

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
         BY: _____ TKW ___ DEPUTY
```

1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar No. 7709
   JEAN N. RIPLEY
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: (702) 388-6336
5  Jean.Ripley@usdoj.gov
   *Attorneys for the United States*

6

7              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
8

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER **(725) 250-1903** | Case No. 2:22-mj-522-VCF<br><br>GOVERNMENT'S MOTION TO UNSEAL CASE |
| IN THE MATTER OF THE SEARCH OF:<br><br>PREMISES KNOWN AS 3525 QUIET PUEBLO STREET, CITY OF NORTH LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA | Case No. 2:22-mj-894-VCF<br><br>GOVERNMENT'S MOTION TO UNSEAL CASE |

23        The United States of America, by and through JASON M. FRIERSON, United

24 States Attorney, and JEAN N. RIPLEY, Assistant United States Attorneys, respectfully

                                         1

move this Honorable Court for an Order to UNSEAL the above-captioned cases. Specifically, the undersigned requests to unseal these items and all related documents in anticipation of producing the same as discovery to counsel for the defendants in United States v. Barajas, et al., 2:22-cr-00255-CDS-EJY.

**DATED** this 6th day of December, 2022.

Respectfully,

JASON M. FRIERSON
United States Attorney

JEAN N. RIPLEY
Assistant United States Attorney

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JEAN N. RIPLEY
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Jean.Ripley@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER **(725) 250-1903** | Case No. 2:22-mj-522-VCF<br><br>ORDER |
| IN THE MATTER OF THE SEARCH OF:<br><br>PREMISES KNOWN AS 3525 QUIET PUEBLO STREET, CITY OF NORTH LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA | Case No. 2:22-mj-894-VCF<br><br>ORDER |

3

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

DATED this 7th day of December, 2022.

_____
HONORABLE JUDGE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE